UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| ADVANCED RETAIL ) | |
| SOLUTIONS, INC. ) | CASE NO: 17-60948-pmb |
| ) | |
| Debtor. ) | |
| ) | |

## AMENDED APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS

COMES NOW, Advanced Retail Solutions, Inc., Debtor and Debtor-in-Possession, and files this Amended Application to Approve Employment of Attorneys pursuant to 11 U.S.C. § 327 and in support thereof, respectfully represents:

1. On June 22, 2017, Debtor filed a petition constituting an order for relief under 11 U.S.C. Chapter 11.

2. Debtor has continued in possession of its property and continues to operate as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor wishes to employ the law firm of Macey, Wilensky & Hennings, LLC, ("Macey, Wilensky") as its attorneys.

4. Debtor has selected Macey, Wilensky for the firm's experience and qualifications as Debtor's counsel in commercial bankruptcy cases.

5. The professional services said attorneys are to render include:

    (a) Giving Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the management of its property;

    (b) Preparing on behalf of Debtor as Debtor-in-Possession necessary schedules, applications, motions, orders, reports and other legal matters;

04035908-

(c) Assisting in examination of the claims of creditors;

(d) Assisting with formulation and preparation of the disclosure statement and plan of reorganization and with the confirmation and consummation thereof; and

(e) Performing all other legal services for Debtor as Debtor-in-Possession that may be necessary herein.

6. To the best of Debtor's knowledge, Macey, Wilensky has no connection with the creditors, or any other party-in-interest, or their respective attorneys.

7. The terms of employment of said law firm agreed to by the Debtor-in-Possession, subject to the approval of the Court, are that certain attorneys and other personnel within said firm will undertake this representation at their standard hourly rates:

| Attorney | Standard Hourly Rate |
| --- | --- |
| Frank B. Wilensky | $450.00 |
| Todd E. Hennings | $425.00 |
| William A. Rountree | $400.00 |
| Todd H. Surden | $240.00 |
| James R. Jones | $195.00 |

| Law Clerk | Standard Hourly Rate |
| --- | --- |
| Chad Williams | $150.00 |
| Mark Bohling | $150.00 |

| Paralegal | Standard Hourly Rate |
| --- | --- |
| Sharon Wenger | $120.00 |
| Catherine Smith | $120.00 |

04035908-

The standard hourly rates charged by Macey, Wilensky's attorneys, law clerks, and paralegals are subject to change in the future. Macey, Wilensky will make periodic application for interim compensation, and if, at the completion of the case the results merit it, the attorneys may make application to the Court for the allowance of a premium above their hourly rates.

Pursuant to 11 U.S.C. § 331, a debtor's attorney may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits. Macey, Wilensky seeks the Court's permission to apply for compensation every 90 days.

8. The Debtor paid a retainer of $26,717.00 to Macey, Wilensky pre-petition. This retainer is intended as a security retainer and not a general retainer. Macey, Wilensky maintains a security interest in the funds under applicable law.

9. The Debtor has an immediate need for counsel, and will suffer irreparable harm if Macey, Wilensky is not employed without delay. F.R.Bankr.P. 6003. The Debtor requires the advice of counsel concerning the preparation of its schedule of debt and statement of financial affairs, preparation and prosecution of "first day" motions, and compliance with the US Trustee's requests for an initial debtor interview and preparation of documents requested by the US Trustee's Office.

10. Macey, Wilensky represent no interest adverse to Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for the Debtor-in-Possession, and its employment would be in the best interest of this estate.

WHEREFORE, Debtor prays that its employment of the said Macey, Wilensky as counsel under the terms specified to represent it as Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code be approved by the Cour, subject to objection filed by the Unites States Trustee or any creditor on or before twenty-one (21) days from the date any Order granting this Application is

04035908-

entered, and the Court enter an Order substantially similar to the Order attached hereto as Exhibit "A", and that it have such other and further relief as is just.

ADVANCED RETAIL SOLUTIONS, INC.

By: /s/ Michael Reyes
Michael Reyes
President & CEO, Advanced Retail Solutions, Inc.

04035908-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| ADVANCED RETAIL ) | |
| SOLUTIONS, INC. ) | CASE NO: |
| ) | |
| Debtor. ) | |
| _____ ) | |

**AFFIDAVIT**

STATE OF GEORGIA
COUNTY OF FULTON

The undersigned hereby makes solemn oath:

1. That I am a member with the law firm of Macey, Wilensky & Hennings, LLC and that the members of said firm are attorneys duly admitted to practice in the State of Georgia, and in the United States District Court, Northern District of Georgia, Circuit Court of Appeals for the Eleventh Circuit, and Supreme Court of the United States, with offices at 303 Peachtree Street, N.E., Atlanta, Georgia 30308.

2. To the best of my knowledge, said law firm has had no business, professional or other connections during one year prior and up to the date of this Affidavit with the aforementioned Debtor-in-Possession, its attorneys, or any party at interest in this proceeding which would be adverse to this Estate. Affiant has counseled with the Debtor in preparation for instituting this case.

3. Said law firm represents the Debtor.

4. Said law firm is not a law partner or office associate of the Debtor-in-Possession.

William A. Rountree
Georgia Bar No. 616503

Sworn to and subscribed
before me this 22th day of
June, 2017.

Notary Public

04035819-

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ADVANCED RETAIL | ) | |
| SOLUTIONS, INC. | ) | CASE NO. 17-60948-pmb |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING EMPLOYMENT
OF ATTORNEYS FOR DEBTOR**

This matter is before the Court on the Application to Approve Employment of Attorneys filed by Advanced Retail Solutions, Inc. ("Debtor") [Doc. No. 3] ("Application") seeking to employ Macey, Wilensky & Hennings, LLC ("Macey Wilensky") pursuant to 11 U.S.C. § 327, under a general retainer to represent it as Debtor-in-Possession herein. It appearing that Macey Wilensky has applied to appear and is duly admitted to practice in this Court, and the Court

04035908-

being satisfied that Macey Wilensky represents no interest adverse to the Debtor as Debtor-in-Possession herein, or to the estate, in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the estate and that the case is one justifying a security retainer, and it appearing to the Court that Debtor has certified irreparable harm pursuant to Fed.R.Bankr.P. 6003 if Macey Wilensky is not immediately employed as counsel for the Debtor in this case, it is, hereby:

**ORDERED** that the Application is APPROVED: employment by Debtor, as Debtor-in-Possession herein, of Macey Wilensky to represent it as Debtor-in-Possession, on the terms stated in the Application, in the within proceeding under 11 U.S.C. Chapter 11, is approved as of the date of filing of the bankruptcy petition herein, subject to objection filed by the United States Trustee or any creditor on or before twenty-one (21) days from the date of entry of this Order. Macey Wilensky shall serve a copy of this Order upon the United States Trustee and all creditors and shall file an appropriate Certificate of Service. It is further

**ORDERED** that Macey Wilensky may apply to the court every 90 days for the allowance of compensation for services rendered before the date of such application or reimbursement of expenses incurred before such date. The allowance or disallowance of such fees will be determined based upon, among other things, the requirements of section 330 of the Bankruptcy Code.

**[END OF DOCUMENT]**

*Signatures on the Following Page*

04035908-

Prepared and Presented by:

**MACEY, WILENSKY & HENNINGS, LLC**

/s/ William A. Rountree
William A. Rountree
Ga. Bar. No: 616503
303 Peachtree Street, N.E.
Suite 4420
Atlanta, GA 30308
(404) 584-1200
(404) 681-4355 – Facsimile
wrountree@maceywilensky.com
*Attorneys for Debtor*

04035908-

**DISTRIBUTION LIST:**

Lindsay P.S. Kolba
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA   30303

William A. Rountree
Macey, Wilensky & Hennings, LLC
303 Peachtree Street, NE
SunTrust Plaza - Suite 4420
Atlanta, Georgia 30308

04035908-